FILED

# UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

'07 MJ 2542

CASE NUMBER: _____

The person charged as __SERRANO, Rene__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California__ on __06/29/07__ with: __Title 18 USC 3583(e)(3)__ in violation of:

**Supervised Release Violation**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __10/29/07__

                            __Wade Gregg__
                            CI -Deputy United States Marshal

Reviewed and Approved

DATE: _____

_____
Assistant United States Attorney

## UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR07-00372-FMC |
| vs. | | |
| RENE SERRANO | | WARRANT FOR ARREST |
| | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   RENE SERRANO

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint   ☐ Indictment
☐ Information   ☐ Order of Court   [x] Violation Petition   ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)


in violation of Title 18   United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | June 29 2007 LA plage |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | BY: FLORENCE-MARIE COOPER |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED                                   NAME OF ARRESTING OFFICER

DATE OF ARREST                                  TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO                           SIGNATURE OF ARRESTING OFFICER

CR-12 (07/04)                       **WARRANT FOR ARREST**                       PAGE 1 of 2

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

JUN 2 2007

U.S.A. VS. RENE SERRANO

Docket No. CR07-00372-FMC

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of RENE SERRANO who was placed on supervision by the U.S. PAROLE COMMISSION on the 6th day of March, 2007 who fixed the period of supervision at two years, and imposed general terms and conditions and also imposed special terms and conditions as noted on the attached Treaty Transfer Determination. Jurisdiction was established in the Central District of California on May 17, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been instructed to report to the Probation Office within 72 hours of release from the custody of the Bureau of Prisons, Rene Serrano failed to report following his release on March 12, 2007.

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Rene Serrano before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20___ and ordered filed and made a part of the records in the above case. FLORENCE-MARIE COOPER

United States District Judge
FLORENCE-MARIE COOPER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 21, 2007

MATTHEW CHHENG
U. S. Probation Officer

Place: West Covina, California