# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   SERRANO   [1]   07MJ2542

[]   []

The Honorable:   PORTER

Atty   JAMES WINSTON GLEAVE   for   [1]   -   CJA
Atty   ___   for   []   -
Atty   ___   for   []   -

POR07-1: 150-545;323-329

DETENTION HEARING NOT HELD.
DFT WAIVES DETENTION HEARING, WITHOUT PREJUDICE TO FURTHER HEARING ON DETENTION IN THE CENTRAL DISTRICT OF CALIFORNIA.

COURT ORDERS THAT THE DEFENDANT BE DETAINED, WITHOUT PREJUDICE.

DFT WAIVES IDENTENTITY/REMOVAL HEARING.

COURT ORDERS THAT THE DEFENDANT BE REMOVED TO THE CENTRAL DISTRICT OF CALIFORNIA - FORTHWITH.

WARRANT OF REMOVAL SUBMITTED BY THE GOVERNMENT.

REMOVAL/ID HEARING SET FOR 11/13/07 @ 2PM BEFORE MAG JUDGE PORTER IS HEREBY VACATED.

Date:   11/01/07

END OF FORM                                                    by   RM