# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

PLEASE RECEIPT AND RETURN

FILED
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
NOV - 5 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

November 2, 2007

Clerk, U.S. District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Re:   07MJ2542-POR, USA v Serrano

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _L Odierno_
L Odierno, Deputy Clerk